DANA HOWELL
Nevada Bar No. 11607
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd, Suite 500
Las Vegas, NV 89118
Telephone: (702) 692-1937
Fax: (702) 692-5698
Email: dhowell@mgmresorts.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| James Bellile,<br><br>    Plaintiff,<br><br>vs.<br><br>MGM Resorts International, a Delaware Corporation, and ROE Corporations I-X,<br><br>    Defendants. | Case No.: 2:19-cv-01092-JCM-DJA<br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant MGM Resorts International ("MGM" or the "Defendant"), by and through its counsel, Dana Howell Esq., and Plaintiff James Bellile ("Bellile"), by through his counsel, Angela J. Lizada, Esq. of Lizada Law Firm, LTD hereby respectfully submit this Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Defendant was served with Plaintiff's Complaint on August 2, 2019. The instant extension is requested because defense counsel requires additional time to prepare a responsive pleading to Plaintiff's Complaint, which includes a motion to dismiss based in part on Plaintiff's failure to name the proper party.

Upon agreement by and between the aforementioned parties, the undersigned respectfully

1 | requests this Court grant a 30-day extension of time, up to and including Monday, September 23, 2019, for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

Dated this 21th day of August 2019.

Respectfully submitted,                    Respectfully submitted,

*/s/ Angela J. Lizada* (per telephone consent on 8/21/2019)   */s/ Dana Howell*
Angela J. Lizada, Esq.                     Dana Howell, Esq.
Nevada Bar No. 11637                       Nevada Bar No. 11607
*Attorney for Plaintiff*                   *Attorney for Defendant*

**ORDER**
**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __August 26,__, 2019