**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JAMES BELLILE,<br><br>       Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a<br>Delaware Corporation, and ROE<br>CORPORATIONS I through X,<br><br>       Defendants. | 2:19-cv-01092-JCM-DJA<br>**ORDER** |

Before the court is the Stipulation and Order to Amend Complaint to Continue Early Neutral Evaluation Date and to Stay Discovery (ECF NO. 14). This order will only address the request to continue the Early Neutral Evaluation date. The parties have given sufficient reason to continue the ENE session.

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for September 26, 2019, is VACATED and RESCHEDULED to 10:00 AM, November 7, 2019. The confidential statement is due October 31, 2019 at 4:00 PM. All else as stated in the Order (ECF No. 11) scheduling the ENE remains the same.


DATED this 17th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE