ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
LIZADA LAW FIRM, LTD.
711 S. 9th St.
Las Vegas, NV 89101
angela@lizadalaw.com
(702) 979-4676
Fax: (702) 979-4121
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BELLILE, | CASE NO. 2:19cv01092-JCM-DJA |
| Plaintiff, | |
| -vs- | |
| THE SIGNATURE CONDOMINIUMS LLC dba THE SIGNATURE AT MGM GRAND, a Delaware Limited Liability Company, and ROE CORPORATIONS I through X, | *ORDER* |
| Defendants. | |

## STIPULATION AND ORDER VACATE EARLY NEUTRAL EVALUATION

IT IS HEREBY STIPULATED by and between, Plaintiff James Bellile ("Plaintiff") and Defendant THE SIGNATURE CONDOMINIUMS LLC ("Defendant"), by and through their respective undersigned counsel, that the Early Neutral Evaluation ("ENE"), currently scheduled for November 7, 2019 at 10:00 am before the Honorable Cam Ferenbach, be vacated as the parties have reached a settlement agreement which resolves all issues and the parties are in the process of reducing that agreement to writing.

Good cause exists for the ENE to be vacated as the parties have agreed to settle the matter and are in the process of executing all required documents, and at the conclusion thereof, will be submitting a Stipulation and Order upon completion of the terms of the Settlement, and no later than November 30, 2019.

That it would be a waste of judicial economy to proceed with an early neutral evaluation in a matter where the parties have resolved the dispute through settlement.

Dated this 30th day of October, 2019.

LIZADA LAW FIRM, LTD.
/s/Angela J. Lizada
ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
711 S. 9th St.
Las Vegas, NV 89101
angela@lizadalaw.com

MGM RESORTS INTERNATIONAL
/s/ Dana L. Howell
DANA L. HOWELL, ESQ.
Nevada Bar No. 11607
6385 S. Rainbow Blvd., Ste. 500
Las Vegas, NV 89118
dhowell@mgmresorts.com

**ORDER**

IT IS SO ORDERED.   10/31/19

UNITED STATES DISTRICT COURT JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

Respectfully Submitted By:

LIZADA LAW FIRM, LTD.
/s/Angela J. Lizada
ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
711 S. 9th St.
Las Vegas, NV 89101
angela@lizadalaw.com

2